# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

700 Pharmacy,            :   CASES CONSOLIDATED
           Petitioner   :
                     :
      v.            :   No. 560 C.D. 2020
                     :
Bureau of Workers' Compensation  :
Fee Review Hearing Office (State   :
Workers' Insurance Fund),      :
           Respondent  :


State Workers' Insurance Fund,    :
           Petitioner   :
                     :
      v.            :   No. 617 C.D. 2020
                     :
Bureau of Workers' Compensation Fee :
Review Hearing Office (700 Pharmacy), :
           Respondent  :


<u>PER CURIAM</u>         <u>AMENDING ORDER</u>

AND NOW, June 18, 2024, upon consideration of State Workers' Insurance Fund's "Application for Relief Pursuant to Pennsylvania Rule of Appellate Procedure 123 for Correction of Typographical Error in Published Opinion" (Application), the Application is **GRANTED**. The first sentence of the first full paragraph on page seven of the Opinion in the above-captioned matter, filed May 16, 2024 (Opinion), is hereby amended as follows, with the deleted language designated by strikethrough and added language designated by highlighting:

> ==Provider== ~~Insurer~~ filed a timely petition for review of the Hearing Officer's decision with this Court, arguing the anti-referral provision does not cover drugs and pharmaceutical services.

In all other respects, the Opinion shall remain the same. <u>The amended Opinion is attached to this Order.</u>